| | |
|---|---|
| 1  IAN LOVESETH, SBN 085780<br>    Attorney at Law<br>2  819 Eddy Street<br>    San Francisco, California 94109<br>3  Telephone: (415) 771-6174<br>    Facsimile: (415)-474-3748<br>4<br>    Attorney for Defendant<br>5  PATRICIA SERRANO | **FILED**<br><br>JUL 1 4 2005<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--oOo--

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

PATRICIA SERRANO,

        Defendant.
_____/

NO. CR-05-00149-MHP

**STIPULATION AND [~~PROPOSED~~]
TRAVEL ORDER**

    Good cause appearing, IT IS HEREBY ORDERED that Defendant PATRICIA SERRANO may go on vacation with her father and uncle and their respective children to Disneyland in Anaheim, California.

    Ms. Serrano is to leave San Francisco around 7:00 pm on Thursday, July 14, 2005 and return around 8:00 pm on Sunday, July 17, 2005. She is to drive with her family in a vehicle owned by her father. Ms. Serrano is to stay with her family at the Portofino Inn, 1831 S. Harbor Blvd., Anaheim, CA (tel. # 714-782-7600.) She is to be available on her cell-phone, 415-218-9812.

    Ms. Serrano's attorney, Ian Loveseth, through his associate attorney, Henry Schaefer,

TRAVEL ORDER RE DEF. PATRICIA SERRANO

1 | states that Mr. Schaefer has spoken to Ms. Serrano's Pre-trial Services Officer Timothy Elder, on
2 | July 12, 2005, and Mr. Elder does not have any objections to the issuance of this order.
3 | IT IS SO STIPULATED.
4 |
5 | DATED: July 12, 2005      _____
                              IAN G. LOVESETH
6 |                           Attorney for defendant Patricia Serrano
7 |
8 | DATED: July 14, 2005      _____
                              DAVID HALL
9 |                           Assistant United States Attorney
10 |
11 | IT IS SO ORDERED.
12 | DATED: July 14, 2005      _____
13 |                           Honorable EDWARD M. CHEN
                              United States District Court, Magistrate Judge

TRAVEL ORDER RE DEF. PATRICIA SERRANO                    2