```
1  IAN LOVESETH, SBN 085780
   Attorney at Law
2  819 Eddy Street
   San Francisco, California 94109
3  Telephone: (415) 771-6174
   Facsimile: (415)-474-3748
4
   Attorney for Defendant
5  PATRICIA SERRANO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--oOo--

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | NO. CR-05-00149-MHP |
| vs. | STIPULATION AND [~~PROPOSED~~] TRAVEL ORDER |
| PATRICIA SERRANO, | |
| Defendant. | |

Good cause appearing, IT IS HEREBY ORDERED that Defendant PATRICIA SERRANO may go on a trip with her fiancé, Miguel Pimentel, and her children to a car show at the Cal State Fairgrounds in Fresno, California.

Ms. Serrano is to leave San Francisco around 8:00 am on Saturday, November 12, 2005 and return around 9:00 pm on Sunday, November 13, 2005. She is to drive with her family in her vehicle. Ms. Serrano is to stay with her family at the La Quinta Inn, 2926 Tulare Street, Fresno, CA (tel. # 559-442-1110.) She is to be available on her cell-phone, 415-218-9812.

Ms. Serrano's attorney, Ian Loveseth, through his associate attorney, Henry Schaefer, states that Mr. Schaefer has spoken to Ms. Serrano's Pre-trial Services Officer Timothy Elder, on

TRAVEL ORDER RE DEF. PATRICIA SERRANO

1  October 25, 2005, and Mr. Elder does not have any objections to the issuance of this order.

2      IT IS SO STIPULATED.

3

4  DATED: November 8, 2005    (S) Ian G Loveseth
    IAN G. LOVESETH
    Attorney for defendant Patricia Serrano

5

6

7  DATED: November 8, 2005    (S) David Hall
    DAVID HALL
    Assistant United States Attorney

8

9  IT IS SO ORDERED.

10

11  DATED: November 9, 2005    _____
    Honorable ~~James Larson~~ Joseph C. Spero
12      United States District Court Chief Magistrate Judge

TRAVEL ORDER RE DEF. PATRICIA SERRANO    2