| | |
|---|---|
| 1  IAN G. LOVESETH (SBN 085780)<br>   Attorney at Law<br>2  819 Eddy Street<br>   San Francisco, California 94109<br>3  Tel: (415) 771-6174<br>   Fax: (415) 474-3748<br>4<br>   Attorney for Defendant<br>5  PATRICIA SERRANO | **FILED**<br>MAR - 9 2006<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--oOo--

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>PATRICIA SERRANO,<br><br>    Defendant.<br>_____ / | No. CR-05-00149-MHP<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO MODIFY PRETRIAL RE-<br>LEASE CONDITIONS |

On January 3, 2006, this Court signed a stipulation and order that allowed defendant, PATRICIA SERRANO, to change her residence to 1626 Guerrero Street, San Francisco, California. Unfortunately, 1626 Guerrero Street is undergoing construction and it is not yet ready for Ms. Serrano to occupy. However, she must still vacate her current residence and so she will have to temporarily reside until about May 1, 2006 at 199 Sweeny Street, San Francisco, California, which is her father's residence.

PATRICIA SERRANO, by and through her counsel, IAN G. LOVESETH, and DAVID HALL, Assistant United States Attorney, hereby stipulate that the following pretrial release conditions be modified: Defendant may change her residence to 199 Sweeny Street, San Francisco, California until about May 1, 2006 and then change again to 1626 Guerrero Street,

STIPULATION AND ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS

1  San Francisco, California where she will reside with her children and fiancé.

2  Ms. Serrano's Pretrial Service Officer, Timothy Elder, does not oppose defendant's
3  request to modify her pretrial release conditions in the manner stated above.

5  IT IS SO STIPULATED.

7  DATED: February ___, 2006

9  IAN G. LOVESETH
   Attorney for Defendant
10 PATRICIA SERRANO

11 DATED: February ___, 2006

13
14 DAVID HALL
   Assistant United States Attorney

16
17 IT IS SO ORDERED.

18 Pursuant to stipulation of the parties, IT IS HEREBY ORDERED, that defendant,
19 PATRICIA SERRANO may change her residence to 199 Sweeny Street, San Francisco,
20 California, until construction is completed at her new residence at 1626 Guerrero Street, San
21 Francisco, California.

*Stipulation and order mailed 3/6/08 and received 3/7/08*

23 DATED: February ___, 2006

26 HON. MARILYN HALL PATEL
   United States District Court Judge

STIPULATION AND ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS