IAN G. LOVESETH, SBN 085780
Attorney at Law
819 Eddy Street
San Francisco, California 94109
Telephone: (415) 771-6174
Facsimile: (415) 474-3748

Attorney for Defendant
PATRICIA SERRANO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--o0o--

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PATRICIA SERRANO, et.al.,<br><br>    Defendant.<br>_____/ | NO. CR-05-00149-MHP<br><br>**STIPULATION AND [PROPOSED]<br>TRAVEL ORDER** |

By stipulation of the parties, IT IS HEREBY ORDERED that Defendant PATRICIA SERRANO may go on a trip with her fiancé, Miguel Pimentel, and her two children to Las Vegas, Nevada.

Ms. Serrano is to leave San Francisco around 6:00 am on Thursday, October 5, 2006 and return to San Francisco around 10:00 pm on Monday, October 9, 2006. She is to drive with her children in her fiancé's vehicle. Ms. Serrano is to stay at the WorldMark Las Vegas, 4225 Spencer Street, Las Vegas, Nevada 89119 (tel. # 702-862-8567.) She is to be available on her cell-phone, which is 415-218-9812.

Neither AUSA David Hall nor Pre-trial Services Officer Anthony Grenados oppose the

**TRAVEL ORDER RE DEF. PATRICIA SERRANO**

1  issuance of this order.

2      IT IS SO STIPULATED.

3

4

5  DATED: September 26, 2006          /s/
                                                             IAN G. LOVESETH

6                                                               Attorney for Defendant Patricia Serrano

7

8

9  DATED: September 26, 2006          /s/
                                                             DAVID HALL

10                                                              Assistant United States Attorney

11

12     IT IS SO ORDERED.

13

14

15 DATED: October 5__, 2006

16                                                              HON. MARILYN H. PATEL
                                                             United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

**TRAVEL ORDER RE DEF. PATRICIA SERRANO**            2