```
IAN G. LOVESETH, SBN 085780
Attorney at Law
819 Eddy Street
San Francisco, California  94109
Telephone:  (415) 771-6174
Facsimile: (415)-474-3748

Attorney for Defendant
PATRICIA SERRANO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--o0o--

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>PATRICIA SERRANO,<br><br>  Defendant.<br>_____/ | NO. CR-05-00149-MHP<br><br>**STIPULATION AND [PROPOSED]**<br>**TRAVEL ORDER** |

By stipulation of the parties, IT IS HEREBY ORDERED that Defendant PATRICIA SERRANO be allowed to travel with her fiancé, Miguel Pimentel, and her children to Reno, NV. The purpose of the trip is to celebrate a family member's birthday and to let the children play in the snow. Ms. Serrano's father and her brother and his family will also be traveling with Ms. Serrano.

Ms. Serrano is to leave San Francisco around 5:00 am on Saturday, March 3, 2007 and return around 7:00 pm on Sunday, March 4, 2007. She is to drive with her family in her fiancé's vehicle. Ms. Serrano is to stay with her family one night at The Silver Legacy, 407 N. Virginia Street, Reno, NV (tel # 775-329-4777.) She is to be available on her cell-phone, 415-218-9812.

**TRAVEL ORDER RE DEF. PATRICIA SERRANO**

1      Ms. Serrano's attorney, Ian Loveseth, through his associate attorney, Henry Schaefer,
2  represents that Mr. Schaefer has spoken to AUSA David Hall and Ms. Serrano's Pre-trial
3  Services Officer (Anthony Grenados), and neither of them objects to the issuance of this order.
4      IT IS SO STIPULATED.

6  DATED: February 28, 2007             /s/
                                                      IAN G. LOVESETH
7                                                        Attorney for defendant Patricia Serrano

9  DATED: February 28, 2007             /s/
                                                      DAVID HALL
10                                                      Assistant United States Attorney

12 IT IS SO ORDERED.

13 DATED:   March 1  , 2007

*[Court seal with signature: IT IS SO ORDERED / Judge Marilyn H. Patel / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

TRAVEL ORDER RE DEF. PATRICIA SERRANO          2