1  IAN G. LOVESETH, SBN 085780
   Attorney at Law
2  819 Eddy Street
   San Francisco, California 94109
3  Telephone: (415) 771-6174
   Facsimile: (415)-474-3748
4
   Attorney for Defendant
5  PATRICIA SERRANO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--o0o--

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

PATRICIA SERRANO,

        Defendant.
_____/

NO. CR-05-00149-MHP

**STIPULATION AND [PROPOSED] TRAVEL ORDER**

    By stipulation of the parties, IT IS HEREBY ORDERED that Defendant PATRICIA SERRANO be allowed to travel with her family to Cancun, Mexico. The purpose of the trip is to go on a family vacation. Ms. Serrano's father and her brother and their respective wives and children will also be traveling with Ms. Serrano and her fiancé and three children.

    Ms. Serrano is to leave San Francisco at 10:30 am on Thursday, December 20, 2007 on Alaska Airlines flight # 298 and return to San Francisco at 9:25 pm on Thursday, December 27, 2007 on Alaska Airlines flight # 299. Ms. Serrano is to stay with her family at the Iberostar Tucan, Xaman-HA, Lote Hotelero No. 2, 77710 Playa del Carmen, Playacar, Mexico (tel # 52-984-877-2000.)

**TRAVEL ORDER RE DEF. PATRICIA SERRANO**

     Ms. Serrano's attorney, Ian Loveseth, through his associate attorney, Henry Schaefer, represents that Mr. Schaefer has spoken to AUSA David Hall and Ms. Serrano's Pre-trial Services Officer (Betty Kim), and neither of them objects to the issuance of this order.

     Regarding Ms. Serrano's passport, she represents through her attorney, Ian Loveseth, that she never surrendered her passport to the authorities in this case because she was unable to find it. Therefore, she may apply for a new passport provided she surrenders it immediately to her Pre-trial Services Officer (Betty Kim) upon returning from Mexico.

IT IS SO STIPULATED.

DATED: October 23, 2007          /s/
                                           IAN G. LOVESETH
                                           Attorney for defendant Patricia Serrano

DATED: October 23, 2007          /s/
                                           DAVID HALL
                                           Assistant United States Attorney

IT IS SO ORDERED.

DATED: __10/24____, 2007

HON. MARILYN H. PATEL

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: "IT IS SO ORDERED" signed Judge Marilyn H. Patel]*

TRAVEL ORDER RE DEF. PATRICIA SERRANO       2