IAN G. LOVESETH, SBN 085780
Attorney at Law
819 Eddy Street
San Francisco, California 94109
Telephone: (415) 771-6174
Facsimile: (415)-474-3748

Attorney for Defendant
PATRICIA SERRANO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--o0o--

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PATRICIA SERRANO,<br><br>    Defendant.<br>_____/ | NO. CR-05-00149-MHP<br><br>**STIPULATION AND [PROPOSED]**<br>**TRAVEL ORDER** |

    By stipulation of the parties, IT IS HEREBY ORDERED that Defendant PATRICIA SERRANO be allowed to travel with her family to Las Vegas, Nevada. The purpose of the trip is to attend a family reunion. Ms. Serrano will travel with her fiancé and three children.

    Ms. Serrano is to leave San Francisco at 7:00 am on Saturday, November 3, 2007 on Virgin America Airlines flight # 765 and return to San Francisco at 8:35 pm on Monday, November 5, 2007 on US Airways flight # 469. Ms. Serrano is to stay with her family at the New York-New York Hotel & Casino, 37910 Las Vegas Blvd. South, Las Vegas, Nevada, 89109 (tel # 866-815-4365.)

    Ms. Serrano's attorney, Ian Loveseth, through his associate attorney, Henry Schaefer,

**TRAVEL ORDER RE DEF. PATRICIA SERRANO**

1  represents that Mr. Schaefer has spoken to AUSA David Hall and Ms. Serrano's Pre-trial
2  Services Officer (Betty Kim), and neither of them objects to the issuance of this order.

4      IT IS SO STIPULATED.

6      DATED: October 29, 2007                    /s/
                                                      IAN G. LOVESETH
7                                                        Attorney for defendant Patricia Serrano

9      DATED: October 29, 2007                    /s/
                                                      DAVID HALL
10                                                       Assistant United States Attorney

12     IT IS SO ORDERED.

14     DATED:  10/30    , 2007
                                                      HON. M
                                                      United St

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: "IT IS SO ORDERED" signed Judge Marilyn H. Patel)

**TRAVEL ORDER RE DEF. PATRICIA SERRANO**                2