

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA
### PROBATION OFFICE

**YADOR J. HARRELL**
*CHIEF U.S. PROBATION OFFICER*

**Please reply to:**
450 Golden Gate Avenue
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (510) 637-3625

450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540

June 13, 2011

Marilyn Hall Patel
Senior United States District Judge
San Francisco, California

Re:  Patricia Serrano
     Docket No.:  CR 05-00149-10 MHP
     <u>TRAVEL REQUEST</u>

Your Honor:

On June 22, 2009, the offender was sentenced by Your Honor to time served and 3 years of supervised release to follow for a violation of Conspiracy to Money Launder, 18 U.S.C. § 1956(h), a Class C felony. The following special conditions of supervision were ordered: Special assessment $100.00; drug/alcohol treatment; access to financial information; search; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; and DNA collection. Supervision commenced on June 22, 2009.

The offender is requesting permission to travel to Mexico for a family visit from July 2, 2011, to July 10, 2011. Ms. Serrano is in full compliance with her supervision and has reported to the probation officer as directed. The undersigned recommends that travel be approved.

Respectfully submitted,                          Reviewed by:

_____                 _____
Daniel Zurita                                    Marlana R. Peter
U.S. Probation Officer                           Supervisory U.S. Probation Officer

Travel is:
☑ Approved
☐ Denied

_____                 _____
Date        6/16/11                              Marilyn H. Patel
                                                 Senior United States District Judge

NDC-SUPV-049 11/14/05